UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TROY KEVIN KERNS,

    Plaintiff,

v.                               Case No. 3:15cv472/MCR/CJK

OKALOOSA COUNTY BOARD OF
COUNTY COMMISSIONERS, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On October 29, 2015, the undersigned entered an order noting that plaintiff had neither paid the $400.00 filing fee nor submitted a motion to proceed *in forma pauperis* and that his case could not proceed until he either paid the filing fee or filed a properly completed *in forma pauperis* motion with supporting documentation (doc. 3). The undersigned also advised plaintiff that his complaint was deficient in that it was not filed on the required Northern District form. The clerk of court was directed to send plaintiff a complete set of forms needed for filing a motion to proceed *in forma pauperis* and a § 1983 complaint form, and plaintiff was allowed thirty days from the date of the order in which to file the *in forma pauperis* motion or pay the

filing fee and file an amended complaint in proper form. The undersigned advised plaintiff that failure to comply with the order would result in a recommendation that the case be dismissed for failure to prosecute and/or failure to comply with an order of the court.

Before the thirty days lapsed, plaintiff filed a motion seeking an additional thirty days in which to file his amended complaint and *in forma pauperis* motion (doc. 6). The undersigned granted the motion, allowing plaintiff until December 29, 2015 in which to comply with the order (doc.7). Afer plaintiff failed to comply within the time allowed, the undersigned entered an order directing plaintiff to show cause within fourteen days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court (doc. 8). In response to the order, plaintiff filed a second motion for extension of time (doc. 10). The undersigned granted plaintiff an additional thirty days, or until February 25, 2016, in which to file his amended complaint and *in forma pauperis* motion (doc. 11). When that date passed and plaintiff had not filed his amended complaint or *in forma pauperis* motion, the undersigned entered another order directing plaintiff to show cause within fourteen days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court (doc. 12). Although plaintiff was advised that failure to comply with the order would result in a recommendation that the matter be dismissed without further notice, plaintiff did not

Case No. 3:15cv472/MCR/CJK

file an amended complaint or *in forma pauperis* motion within the time allowed.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 17th day of March, 2016.


/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.