UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TROY KEVIN KERNS,**

    Plaintiff,

v.     Case No. 3:15cv472/MCR/CJK

**OKALOOSA COUNTY BOARD OF
COUNTY COMMISSIONERS, et al.,**

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 17, 2016. ECF No. 13. The plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or comply with an order of the court.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 18th day of April, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**